UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JEROME TALLEY,

               Plaintiff,

v.

WILLIAM C. HOUSER,

               Defendants.

CASE NO. C15-5668 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 5. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**.

(2)     Plaintiff may not proceed IFP in this matter as he has incurred at least three strikes under 42 U.S.C. § 1915(g).

(3)     Plaintiff is ordered to pay the $400 filing fee within thirty days of this order and, if the fee is not paid, this case will be dismissed without prejudice. All other pending motions are denied without prejudice.

Dated this 17th day December, 2015.

BENJAMIN H. SETTLE
United States District Judge

ORDER